# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Shirley Jones,

    Plaintiff,

        v.                               Case No. 1:05cv789

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 19, 2009 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Attorney Fees under the Social Security Act, 42 U.S.C. § 406(b) (Doc. 21) is granted; Plaintiff's Counsel shall be awarded $8,394.75 in fees.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*

bac     July 9, 2009                               Michael R. Barrett
                                                  United States District Judge